09-4226-cv
Faltings v. Village of Rhinebeck

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of June, two thousand ten.

PRESENT:
> DENNIS JACOBS,
> > Chief Judge,
> AMALYA L. KEARSE,
> PIERRE N. LEVAL,
> > Circuit Judges.

_____

John P. Faltings,

> Plaintiff-Appellant,

> v.                                                     09-4226-cv


Incorporated Village of Rhinebeck, NY, Chief of Police Richard Cunningham, Sergeant Peter Dunn, Police Officer J. Kelly, Carr Property Management Co., Christopher Carr, Barbara Jeek, Linda Miele-Cavallaro,

> Defendants-Appellees.

_____

FOR APPELLANT:      John P. Faltings, pro se, Rhinebeck, NY.

FOR APPELLEES:      David L. Posner, McCabe & Mack LLP, Poughkeepsie, NY; Andrew L. Zwerling, Garfunkel Wild, P.C., Great Neck, NY.


Appeal from a judgment of the United States District Court for the Southern District of New York (Preska, J.).

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court be AFFIRMED.

John Faltings, pro se, appeals from the district court's order dismissing his complaint for failure to state a claim upon which relief can be granted. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), a district court "shall dismiss the case at any time if the court determines that . . . the action . . . fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). This Court "review[s] de novo a district court's ruling pursuant to 28 U.S.C. § 1915." Polanco v. Hopkins, 510 F.3d 152, 155 (2d Cir. 2007).

Having conducted a de novo review of the record, we affirm the district court's judgment for substantially the same reasons stated by the district court in its thorough order of dismissal. See generally Harrington v. County of Suffolk, No. 09-3911-cv, 2010 U.S. App. LEXIS 11375, ___ F.3d ___ (2d Cir. June 4, 2010). We have considered all of Faltings's arguments on appeal and find them to be without merit. Accordingly, the judgment of the district court is AFFIRMED.


FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk